# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID E. LEWIS | § | |
| | § | Civil Action No. 4:06cv517 |
| V. | § | (Judge Schneider/Judge Bush ) |
| | § | |
| BRIAN COGAN, d/b/a NATIONAL | § | |
| TIME SHARE, d/b/a Q MARKETING | § | |
| GROUP | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636.  On February 20, 2007, the Magistrate Judge entered his Report containing his proposed findings of fact and recommendation that the above styled and numbered cause of action be DISMISSED.  The Court also recommended that the Clerk of the Court transmit a copy of the Report and Recommendation to the United States Attorney's Office for the Eastern District of Texas  The Clerk of the Court made such transmission.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.  It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that the above styled and numbered cause of action is DISMISSED.

SIGNED this 30th day of March, 2007.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE